■ DOMNA C. STANTON et al., on Behalf of Themselves and in the Right of HELLENIC LINES, LTD., Respondents, v HELLENIC LINES, LTD., et al., Appellants. — Order, Supreme Court, New York County (Stecher, J.), entered on June 24, 1982, unanimously affirmed. Respondents shall recover of appellants one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court entered on February 5, 1982 is dismissed as having been superseded by the appeal from the order entered on June 24, 1982, without costs and without disbursements. No opinion. Concur — Carro, J. P., Asch, Bloom and Alexander, JJ.